UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **SACV 22-721-MWF(DFMx)**                    Dated: **November 14, 2022**

Title:      Daniel Lichtman -*v*- Experian Information Solutions Inc.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                None Present
Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):        COURT ORDER**

     In light of the Notice of Settlement [25] filed November 11, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for January 9, 2023 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

     IT IS SO ORDERED.

MINUTES FORM 90                            Initials of Deputy Clerk   __rs__
CIVIL - GEN