JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LICHTMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. SACV 22-721-MWF(DFMx)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, DANIEL LICHTMAN ("Plaintiff"), by and through his undersigned attorney, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

    IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to EXPERIAN INFORMATION SOLUTIONS, INC. Each party shall bear its own costs and attorney fees.

Dated: January 6, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

1